PINILISHALPERN, LLP
William J. Pinilis (WP2160)
160 Morris Street
Morristown, NJ 07960
Tel: (973) 401-1111
Fax: (973) 401-1114
Attorneys for Plaintiff
File No. 11255

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE SNACK FACTORY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EIZEN, FINEBURG & MCCARTHY P.C., BERNARD EIZEN, ROBERT KELLY, and JOHN DOES 1 – 10,<br><br>Defendants. | Civil Case No. 3:09-cv-6482 (JAP/TJB)<br><br>JOINT STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff, The Snack Factory, LLC, and the undersigned attorneys for Defendants, Eizen, Fineburg & McCarthy, PC, Bernard Eizen, and Robert Kelly, that the above-entitled action is discontinued and all parties' claims and potential claims or counterclaims related thereto are dismissed with prejudice.

By: _____
J. Noah Hagey
BRAUNHAGEY LLP

By: _____
Jeffrey B. McCarron
SWARTZ CAMPBELL LLC

Date: April 5, 2011