PINILISHALPERN, LLP
William J. Pinilis (WP2160)
160 Morris Street
Morristown, NJ 07960
Tel: (973) 401-1111
Fax: (973) 401-1114
Attorneys for Plaintiff
File No. 11255

RECEIVED
APR - 8 2011
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

THE SNACK FACTORY, LLC,

    Plaintiff,

v.

EIZEN, FINEBURG & MCCARTHY P.C.,
BERNARD EIZEN, ROBERT KELLY, and
JOHN DOES 1 – 10,

    Defendants.

Civil Case No. 3:09-cv-6482 (JAP/TJB)

JOINT STIPULATION OF DISMISSAL

---

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff, The Snack Factory, LLC, and the undersigned attorneys for Defendants, Eizen, Fineburg & McCarthy, PC, Bernard Eizen, and Robert Kelly, that the above-entitled action is discontinued and all parties' claims and potential claims or counterclaims related thereto are dismissed with prejudice.

By: _____
    J. Noah Hagey
    BRAUNHAGEY LLP

By: _____
    Jeffrey B. McCarron
    SWARTZ CAMPBELL LLC

Date: April 5, 2011

So Ordered